**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

---

BRUNETE MONKA DINGA,

Petitioner,

v. Case No. 2:25-cv-01265 KWR/DLM

PAMELA BONDI, *Attorney General of the United States,*
KRISTI NOEM*, Secretary of the Department of Homeland Security,* TODD M. LYONS, *Acting Director of U.S. Immigration and Customs Enforcement*,
MARISA FLORES, *Acting Director of the ICE El Paso Field Office, and*
DORA CASTRO, *Warden of Otero County Processing Center*,
,

Respondents.

**ORDER TO ANSWER**

THIS MATTER comes before the Court *sua sponte*. Having reviewed the Petition, the Court (1) orders Petitioner to serve the Petition and this Order on the Respondents and (2) orders the Respondents to answer the Petition within thirty (30) days of service of the Petition and this Order.

Petitioner filed this habeas petition under § 2241 challenging her detention by the United States Immigration and Customs Enforcement. The Court may apply the § 2254 habeas rules to this § 2241 petition. *See* § 2254 Habeas Rules, Rule 1(b) ("The district court **may apply any or all** of these rules to a habeas corpus petition not covered by Rule 1(a)") (emphasis added). Moreover, the Court may apply the Federal Rules of Civil Procedure, to the extent they are not inconsistent with the habeas rules. § 2254 Habeas Rules, Rule 12.

Generally, Respondents need not answer a habeas petition until the Court has ordered an answer. § 2254 Habeas Rules, Rule 4. Habeas Rule 4 grants a district judge discretion to set a time for respondents to answer or otherwise respond to the habeas petition. *Id.* ("If the petition is not dismissed, the judge must order the respondent to file an answer, motion, or other response within a fixed time, or to take other action the judge may order.").

Having reviewed the Petition, the Court concludes that the claims must be resolved on a full record, including an answer from Respondents. Therefore, the Court directs Petitioner to serve copies of this Order and the Petition on the appropriate Respondents. Petitioner shall file a certificate of service on the record. Moreover, Respondents shall answer the Petition within 30 days of service of this Order and the Petition. *See* § 2254 Habeas Rules, Rule 4 (granting court discretion to fix a time to file an answer). The answer must address the merits of the Petition and attach all relevant evidence the Respondents wish the Court to consider. Petitioner shall file a reply within 14 days of the filing of the answer.

**IT IS THEREFORE ORDERED** that Petitioner serve copies of this Order and the Petition on the appropriate Respondents and file a certificate of service on the record.

**IT IS FURTHER ORDERED** that the Respondents shall answer the Petition within **thirty (30) days** of service of this Order and the Petition. The answer must address the merits of the Petition and attach all relevant evidence or documents Respondents wish the Court to consider. If Respondents file a motion to dismiss, they are warned that the Court may construe it as an answer to the Petition, and grant or deny habeas relief without ordering a further answer.

**IT IS FINALLY ORDERED** that Petitioner shall file a reply brief within **fourteen (14) days** after the answer is filed, or a response within **fourteen (14) days** of the filing of any motion

to dismiss. A reply to any motion to dismiss is due within **fourteen (14) days** of the filing of a response to a motion to dismiss.

/S/
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE