IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BRUNETE MONKA DINGA,

    Petitioner,

    v.                                            Case No. 2:25-cv-01265 KWR/DLM

PAMELA BONDI, *Attorney General of the United States,*
KRISTI NOEM, *Secretary of the Department*
*of Homeland Security,* TODD M. LYONS, *Acting Director of*
*U.S. Immigration and Customs Enforcement*,
MARISA FLORES, *Acting Director of the ICE El Paso Field*
*Office, and*
DORA CASTRO, *Warden of Otero County Processing Center*,

    Respondents.

## ORDER

    THIS MATTER comes before the Court *sua sponte*. The Court directed Petitioner to serve the Petition and the Court's order to answer on the Respondents and file a certificate of service. The answer deadline is tied to the service of the Petition and Order. Petitioner has not filed a certificate of service on the record, so the Court does not know whether Respondents' answer to the Petition is late. Petitioner shall file a certificate of service on the record and alert the Court whether any changed circumstances have affected this case. Petitioner shall do so within **seven (7) days** of the entry of this order.

    **IT IS SO ORDERED.**

                                                             /S/
                                             KEA W. RIGGS
                                             UNITED STATES DISTRICT JUDGE